**Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-3923**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | Dongguan Betteractive Fashion Co., Ltd. | 2 | Dongguan Nanyu Sportswear Co., Ltd. |
| 3 | Guangzhou Lofun Cloth Products Co., Ltd. | 4 | Hangzhou Lingnaxuan Fashion Company Ltd. |
| 5 | Hangzhou MOZ Trading Co., Ltd. | 6 | Jiangyin City Baihong Weaving Band Co., Ltd. |
| 7 | Nanchang Baishite Sports Equipment Co., Ltd. | 8 | Quanzhou Licheng Haifeng Printing Co., Ltd. |
| 9 | Quanzhou YAT Triathlon Sports Products Co., Ltd. | 10 | Shaoxing Jinguo Garment&Furnishings Co., Ltd. |
| 11 | Shenzhen Becarin Apparel Co., Ltd. | 12 | Xiamen Arabella Industry & Trade Co., Ltd. |
| 13 | Ximen Eva Ricky Trading Co., Ltd. | 14 | Yiwu Sauann Apparel Factory |
| 15 | 5STAR Store | 16 | 5Stars Technology Co.,LTD |
| 17 | A Factory Store | 18 | ABC2018 Store |
| 19 | AIRMAN Store | 20 | Anfu-Tech Store |
| 21 | aook Store | 22 | Baby Child house 2019 Store |
| 23 | Befitting Store | 24 | BVNOBET Store |
| 25 | Catbear LC online Store | 26 | CKAHSBI DLA Store |
| 27 | COLINTH China Store | 28 | covadis Official Store |
| 29 | Cunge Store | 30 | DICHSKI WL Store |
| 31 | DongKing BestHeadWear Store | 32 | DongMa Store |
| 33 | DPKJ Store | 34 | DXUDXIN Store |
| 35 | Fashionable Corner Store | 36 | FEVRAL Footwear Store |
| 37 | FZCSPEEDS Store | 38 | Girl's boys Store |
| 39 | Glass Screen Protector Factory Store | 40 | Global Outdoor - Store |
| 41 | GRENT SHOES CO.,LTD. | 42 | GSLMOLN QUANZHOU Store |
| 43 | Harogath Official Store | 44 | Heseen Store |
| 45 | High Quality Athletics Store | 46 | iken Store |
| 47 | ISEAQ Retail Store | 48 | Jane Z Ann Official Store |
| 49 | JINANDYU Manufacturers dropshipping Store | 50 | JYhenium Department Store |
| 51 | Kalorzze Hongqi Store | 52 | KKSports Store |
| 53 | KLPOO Store | 54 | Korea harajuku Store |
| 55 | KSports & Entertainment Store | 56 | Leo Shop |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 57 | Lover Shoe's Store | 58 | Lucy Suits Store |
| 59 | LUONTNOR Official Store | 60 | marked Store |
| 61 | MCKLP OUTDOOR Store | 62 | Mermaid Curve Energetic girl Store |
| 63 | mi ren Store | 64 | MileAway Store |
| 65 | Misswho Outdoor Store | 66 | Missyou@ Store |
| 67 | MMA Store | 68 | MNV Store |
| 69 | morrysalee Sportshoes Store | 70 | nanqiang999 Store |
| 71 | NIDENGBAO Official Store | 72 | ON-CALL Store |
| 73 | onliy135 clothes Store | 74 | OUTDOOR STATION Store |
| 75 | OZERSK Official Store | 76 | PiKaZhu Store |
| 77 | pinsen Official Store | 78 | Principal's Store |
| 79 | QIFENG Official Store | 80 | QIFENG Trendy Store |
| 81 | QQL Store | 82 | Renkang Store |
| 83 | Rommedal Store | 84 | RW Store |
| 85 | SaintBo Sporting Store | 86 | Screen Protector Whosale Store |
| 87 | sexy goddess club Store | 88 | Shenzhen JuYi Trade Co. Ltd |
| 89 | Shop1936942 Store | 90 | Shop2138046 Store |
| 91 | Shop2539002 Store | 92 | Shop3112018 Store |
| 93 | Shop3429004 Store | 94 | Shop4478130 Store |
| 95 | Shop5258030 Store | 96 | Shop5375246 Store |
| 97 | Shop5393059 Store | 98 | Shop5504098 Store |
| 99 | Shop5557103 Store | 100 | Shop5589112 Store |
| 101 | Shop5792205 Store | 102 | Sillay Store |
| 103 | Somnr Store | 104 | Sooneeya Online Store |
| 105 | subaihe Official Store | 106 | Sunley sneakers Store |
| 107 | Sunrise Sports Care | 108 | SUROM Official Store |
| 109 | SYPREM Official Store | 110 | Teepark Store |
| 111 | Terry 3C Store | 112 | TGoBro Store |
| 113 | The Fashion Tribe | 114 | Toy manufacturer Store |
| 115 | VERKTAKA Store | 116 | weideng Official Store |
| 117 | WOMEN FASHION GODDESS STORE | 118 | xijue666 Store |
| 119 | YDSFS FashionMen Store | 120 | Yeechop GymApparel Store |
| 121 | YP Sneakers Store | 122 | YuanXiangZhu NO.8 Shoe Store |
| 123 | ZALAVOR Official Store | 124 | ZENVBNV Footwear Store |
| 125 | ZENVBNV RU Sneaker Store | 126 | zerlos Official Store |
| 127 | ZH shose Store | 128 | ZZONE Men Tshirt Store |
| 129 | 003 Store | 130 | 2017dropshipping Store |
| 131 | 3DLampDesigner Store | 132 | 5Dtools Store |
| 133 | 786 Outdoor Entertainment Store | 134 | AAA37968 Store |
| 135 | Accessories Hunt Aliexpress Store | 136 | Aisany Store |

| No. | Seller Aliases | No. | Seller Aliases |
|-----|----------------|-----|----------------|
| 137 | ALBREDA Official Store | 138 | AliExpress Global Car & Motorcycle Store |
| 139 | Aliexpress New Sneakers Store | 140 | ALSOTO Online Store |
| 141 | Amitofo Swimsuit Store | 142 | An outdoor male Store |
| 143 | andy taylor's store | 144 | ANNIEJOY Store |
| 145 | Asstseries Anna's wishes Store | 146 | Ayopanda Fitness Store |
| 147 | basketball tn Store | 148 | biggest discount Store |
| 149 | BXHAAXHK WorldTide Store | 150 | Caijun Store |
| 151 | CANVAS-ART Store | 152 | cheap tn Store |
| 153 | Cheerlife Store | 154 | Chiang Factory Store |
| 155 | China WalMart | 156 | CINESSD LASTYOUNG Store |
| 157 | CKAHSBI LONG JIE Store | 158 | cn1527136092rknz Store |
| 159 | CocoDream Store | 160 | CooDooSport Store |
| 161 | Cooloutdoor Store | 162 | CORK GoodQuality Store |
| 163 | Courgem Store | 164 | czp888 Store |
| 165 | DaiDai's Store | 166 | dasgaus Official Store |
| 167 | dazhualong child Store | 168 | DENGCHEN Store |
| 169 | Diwaniya Official Store | 170 | Dohean's First Store |
| 171 | DOLLARS ( Offer Drop Shipping, O E M) Store | 172 | DongShi Fifth Store |
| 173 | E+GStella 69969999 Store | 174 | EIPOPPY Store |
| 175 | Evage swimwear Store | 176 | Foreign trade clothing wholesale 888 |
| 177 | Fotwear Store | 178 | fuguorong009 Store |
| 179 | Gena Store | 180 | Global Dropship 3 Store |
| 181 | Go Aheard Store | 182 | GOODLL Store |
| 183 | GoodMyth Store | 184 | Go-Sporting Store |
| 185 | GRITION Outdoor Footwear Store | 186 | GYsport Store |
| 187 | Happiness comes Store | 188 | Happykid Store |
| 189 | Happyshop Store | 190 | heidsy mart Store |
| 191 | Hey Sneakers Store | 192 | HipHop Hoodies Store |
| 193 | HKIMDL Official Store | 194 | Kalman Store |
| 195 | Keep Beautiful Store | 196 | No. 1 Cosplay and Dancing Costume Store |
| 197 | PTWTRTF Store | 198 | Shop5376234 Store |
| 199 | Shop5397018 Store | 200 | wooo Store |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/3247074 | 2 | aliexpress.com/store/5393059 |
| 3 | aliexpress.com/store/3443002 | 4 | aliexpress.com/store/5207028 |
| 5 | aliexpress.com/store/4832027 | 6 | aliexpress.com/store/4039054 |
| 7 | aliexpress.com/store/5375246 | 8 | aliexpress.com/store/2165100 |
| 9 | aliexpress.com/store/4794012 | 10 | aliexpress.com/store/5106045 |
| 11 | aliexpress.com/store/218335 | 12 | aliexpress.com/store/2227018 |
| 13 | aliexpress.com/store/410955 | 14 | aliexpress.com/store/4984010 |
| 15 | aliexpress.com/store/3112018 | 16 | aliexpress.com/store/5258030 |
| 17 | aliexpress.com/store/3115025 | 18 | aliexpress.com/store/2539025 |
| 19 | aliexpress.com/store/515858 | 20 | aliexpress.com/store/1084209 |
| 21 | aliexpress.com/store/2805132 | 22 | aliexpress.com/store/929478 |
| 23 | aliexpress.com/store/1038394 | 24 | aliexpress.com/store/4775006 |
| 25 | aliexpress.com/store/1141045 | 26 | aliexpress.com/store/5049173 |
| 27 | aliexpress.com/store/3631009 | 28 | aliexpress.com/store/918778 |
| 29 | aliexpress.com/store/5499205 | 30 | aliexpress.com/store/5566019 |
| 31 | aliexpress.com/store/3675066 | 32 | aliexpress.com/store/4995086 |
| 33 | aliexpress.com/store/3259013 | 34 | aliexpress.com/store/2711005 |
| 35 | baishitesports.en.alibaba | 36 | aliexpress.com/store/1704221 |
| 37 | aliexpress.com/store/5557103 | 38 | aliexpress.com/store/3563037 |
| 39 | aliexpress.com/store/4474038 | 40 | aliexpress.com/store/2089054 |
| 41 | aliexpress.com/store/5574143 | 42 | aliexpress.com/store/2289042 |
| 43 | aliexpress.com/store/3045059 | 44 | ecooutfitters.en.alibaba |
| 45 | aliexpress.com/store/2936048 | 46 | aliexpress.com/store/3018051 |
| 47 | aliexpress.com/store/3852012 | 48 | aliexpress.com/store/2946070 |
| 49 | aliexpress.com/store/4650016 | 50 | aliexpress.com/store/5259033 |
| 51 | aliexpress.com/store/5067084 | 52 | aliexpress.com/store/436387 |
| 53 | aliexpress.com/store/2138046 | 54 | aliexpress.com/store/3101005 |
| 55 | aliexpress.com/store/3093087 | 56 | aliexpress.com/store/4126005 |
| 57 | aliexpress.com/store/3206052 | 58 | aliexpress.com/store/3631103 |
| 59 | aliexpress.com/store/5083516 | 60 | aliexpress.com/store/3200006 |
| 61 | aliexpress.com/store/5527115 | 62 | aliexpress.com/store/5589112 |
| 63 | aliexpress.com/store/1334474 | 64 | aliexpress.com/store/3508082 |
| 65 | aliexpress.com/store/3523078 | 66 | aliexpress.com/store/2026043 |
| 67 | hi-athletes.en.alibaba | 68 | aliexpress.com/store/4553001 |
| 69 | aliexpress.com/store/2654025 | 70 | aliexpress.com/store/3580003 |
| 71 | aliexpress.com/store/5046273 | 72 | aliexpress.com/store/5070238 |
| 73 | aliexpress.com/store/4699125 | 74 | aliexpress.com/store/1684183 |
| 75 | aliexpress.com/store/5605282 | 76 | aliexpress.com/store/4387018 |
| 77 | aliexpress.com/store/4472001 | 78 | aliexpress.com/store/3853011 |
| 79 | aliexpress.com/store/2189010 | 80 | aliexpress.com/store/1526364 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 81 | aliexpress.com/store/4399019 | 82 | aliexpress.com/store/5592028 |
| 83 | aliexpress.com/store/2172120 | 84 | aliexpress.com/store/213714 |
| 85 | aliexpress.com/store/5033125 | 86 | aliexpress.com/store/5424150 |
| 87 | aliexpress.com/store/5792205 | 88 | aliexpress.com/store/4569009 |
| 89 | aliexpress.com/store/3062005 | 90 | aliexpress.com/store/4434014 |
| 91 | aliexpress.com/store/5496209 | 92 | aliexpress.com/store/2349270 |
| 93 | aliexpress.com/store/1674065 | 94 | aliexpress.com/store/3105001 |
| 95 | aliexpress.com/store/3429004 | 96 | aliexpress.com/store/5056049 |
| 97 | aliexpress.com/store/4423170 | 98 | aliexpress.com/store/3176010 |
| 99 | aliexpress.com/store/5032118 | 100 | aliexpress.com/store/5579188 |
| 101 | aliexpress.com/store/5504098 | 102 | aliexpress.com/store/3582003 |
| 103 | aliexpress.com/store/5367191 | 104 | aliexpress.com/store/3623017 |
| 105 | aliexpress.com/store/4377052 | 106 | aliexpress.com/store/5152064 |
| 107 | aliexpress.com/store/1936942 | 108 | aliexpress.com/store/2539002 |
| 109 | aliexpress.com/store/5425125 | 110 | aliexpress.com/store/5363189 |
| 111 | aliexpress.com/store/4478130 | 112 | aliexpress.com/store/3187058 |
| 113 | aliexpress.com/store/1946352 | 114 | aliexpress.com/store/1851359 |
| 115 | aliexpress.com/store/3205020 | 116 | aliexpress.com/store/1379596 |
| 117 | becarin.en.alibaba | 118 | jinguogarment.en.alibaba |
| 119 | jalofun.en.alibaba | 120 | sauanncn.en.alibaba |
| 121 | betteractive.en.alibaba | 122 | jybaihong.en.alibaba |
| 123 | xmyoohoo.en.alibaba | 124 | moz.en.alibaba |
| 125 | arabellaclothing.en.alibaba | 126 | lnx.en.alibaba |
| 127 | yatsports.en.alibaba | 128 | aliexpress.com/store/1924677 |
| 129 | aliexpress.com/store/4404135 | 130 | aliexpress.com/store/2409031 |
| 131 | .aliexpress.com/store/5442035 | 132 | aliexpress.com/store/4425018 |
| 133 | aliexpress.com/store/5509101 | 134 | aliexpress.com/store/4794030 |
| 135 | aliexpress.com/store/4661012 | 136 | aliexpress.com/store/5700026 |
| 137 | aliexpress.com/store/1305493 | 138 | aliexpress.com/store/5603060 |
| 139 | aliexpress.com/store/4409224 | 140 | aliexpress.com/store/347800 |
| 141 | aliexpress.com/store/5026076 | 142 | aliexpress.com/store/5044057 |
| 143 | aliexpress.com/store/346872 | 144 | aliexpress.com/store/3856053 |
| 145 | aliexpress.com/store/4308028 | 146 | aliexpress.com/store/2534020 |
| 147 | aliexpress.com/store/5838145 | 148 | aliexpress.com/store/5005134 |
| 149 | aliexpress.com/store/5485065 | 150 | aliexpress.com/store/5739253 |
| 151 | aliexpress.com/store/5478193 | 152 | aliexpress.com/store/5790405 |
| 153 | aliexpress.com/store/606387 | 154 | aliexpress.com/store/5431114 |
| 155 | aliexpress.com/store/1048258 | 156 | aliexpress.com/store/5521038 |
| 157 | aliexpress.com/store/1872605 | 158 | aliexpress.com/store/5024056 |
| 159 | aliexpress.com/store/2962146 | 160 | aliexpress.com/store/5831268 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 161 | aliexpress.com/store/3659029 | 162 | aliexpress.com/store/5043200 |
| 163 | aliexpress.com/store/5499166 | 164 | aliexpress.com/store/5442009 |
| 165 | aliexpress.com/store/4813073 | 166 | aliexpress.com/store/3656081 |
| 167 | aliexpress.com/store/5636335 | 168 | aliexpress.com/store/4037079 |
| 169 | aliexpress.com/store/5045229 | 170 | aliexpress.com/store/3651017 |
| 171 | aliexpress.com/store/1986199 | 172 | aliexpress.com/store/5798146 |
| 173 | aliexpress.com/store/4990022 | 174 | aliexpress.com/store/4916023 |
| 175 | aliexpress.com/store/2339137 | 176 | aliexpress.com/store/210152 |
| 177 | aliexpress.com/store/5002185 | 178 | aliexpress.com/store/4399101 |
| 179 | aliexpress.com/store/5791612 | 180 | aliexpress.com/store/4597029 |
| 181 | aliexpress.com/store/1756580 | 182 | aliexpress.com/store/5145010 |
| 183 | aliexpress.com/store/5592088 | 184 | aliexpress.com/store/2936063 |
| 185 | aliexpress.com/store/2135137 | 186 | aliexpress.com/store/5376263 |
| 187 | aliexpress.com/store/5001048 | 188 | aliexpress.com/store/4389032 |
| 189 | aliexpress.com/store/2667069 | 190 | aliexpress.com/store/5013003 |
| 191 | aliexpress.com/store/3507027 | 192 | aliexpress.com/store/5402063 |
| 193 | aliexpress.com/store/4842006 | 194 | aliexpress.com/store/5069133 |
| 195 | aliexpress.com/store/1390091 | 196 | aliexpress.com/store/1361547 |
| 197 | aliexpress.com/store/5562101 | 198 | aliexpress.com/store/5376234 |
| 199 | aliexpress.com/store/5397018 | 200 | aliexpress.com/store/4741015 |